AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| CARLISLE HMA, LLC. | CASE NUMBER: CR 18-288 |
|  | RICHARD SAUBER, ESQ. |
|  | Defendant Organization's Attorney |

**FILED**
NOV 1 5 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**THE DEFENDANT ORGANIZATION:**

☑ pleaded guilty to count(s)   ONE (1) OF THE INFORMATION

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1349,1347 | CONSPIRACY TO COMMIT HEALTH CARE FRAUD | 2012 | 1 |

The defendant organization is sentenced as provided in pages 2 through   7   of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:   25-1887146

Defendant Organization's Principal Business Address:

CARLISLE HMA, LLC
4000 MERIDIAN BLVD.
FRANKLIN, TN. 37067

11/1/2018
Date of Imposition of Judgment

*/s/ Reggie B. Walton*
Signature of Judge

REGGIE B. WALTON,     US District Judge
Name of Judge     Title of Judge

November 14, 2018
Date

Defendant Organization's Mailing Address:

SAME AS ABOVE



Judgment—Page 2 of 7

DEFENDANT ORGANIZATION: CARLISLE HMA, LLC.
CASE NUMBER: CR 18-288

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:
NO TERM OF PROBATION IMPOSED

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: CARLISLE HMA, LLC.
CASE NUMBER: CR 18-288

Judgment — Page 3 of 7

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 2,548,000.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| SEE PAGE 4 | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: CARLISLE HMA, LLC.
CASE NUMBER: CR 18-288

Judgment — Page 4 of 7

# ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

1. Carlisle RMC has agreed to pay a $2,548,000. fine pursuant to One count of conspiracy to commit health care fraud, in violation of Title 18, United States Code, Sections 1349 and 1347.

2. HMA has entered into a Non-Prosecution Agreement ("NPA"). The NPA requires, among other things: (1) HMA and HMA Parent to cooperate with the Fraud Section in any and all matters relating to the conduct under investigation by the Fraud Section; (2) HMA and HMA Parent to report evidence or allegations of actual or potential violations of Federal health care offenses to the Fraud Section; and (3) HMA to pay a monetary penalty of $35,007,846.

3. HMA has agreed to pay $74,970,802 to the United States and the Medicaid Participating States to resolve its civil liability for certain related civil claims, including under the federal False Claims Act and state Medicaid False Claims Acts, pursuant to a civil Settlement Agreement.

4. HMA has agreed to pay a Special Assessment to the Court in the amount of $400.